Case 4:15-cv-02404 Document 30 Filed in TXSD on 10/20/15 Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-2404 |
| PLAINS ALL AMERICAN PIPELINE, L.P. | § § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| JACKSONVILLE POLICE AND FIRE PENSION FUND, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-2540 |
| PLAINS ALL AMERICAN PIPELINE, L.P. | § § § § | |
| Defendant. | § | |

**ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL**

The Commonwealth of Pennsylvania Employees' Retirement System ("PA SERS"), the Houston Municipal Employees Pension System, the Inter-Marketing Group USA, Inc., the IAM National Pension Fund, and the Employees' Retirement System of Rhode Island ("Rhode Island"), Jacksonville Police and Fire Pension Fund ("Jacksonville P&F"), Police and Fire Retirement System of the City of Detroit ("Detroit P&F"), and the Employees' Retirement System of the City of Baton Rouge and Parish of East Baton Rouge ("Baton Rouge," and collectively with Jacksonville P&F,

Rhode Island, and Detroit P&F, the "Public Pension Funds") have moved to consolidate *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Plains All American Pipeline, L.P.*, No. 4:15-cv-02404 (S.D. Tex.), *Jacksonville Police and Fire Pension Fund v. Plains All American Pipeline, L.P.*, No. 4:15-cv-02540 (S.D. Tex.) and other later filed related actions. (Docket Entries Nos. 8, 11, 18, 19, 22). The motions are granted in part. *Jacksonville Police and Fire Pension Fund v. Plains All American Pipeline, L.P.*, No. 4:15-cv-02540 (S.D. Tex.), currently pending before the Honorable Sim Lake, is reassigned to the Honorable Lee H. Rosenthal, who is currently presiding over the first-filed and related securities fraud action designated *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Plains All American Pipeline, L.P.*, No. 4:15-cv-02404 (S.D. Tex.), are consolidated for all purposes (the "Consolidated Action"). This Order applies to the Consolidated Action and to any case related to the same subject matter that is subsequently filed in or transferred to this court and is consolidated with the Consolidated Action.

A Master File, Lead Case No. 4:15-cv-02404, is established. The Clerk will file all pleadings in the Master File and note such filings on the Master Docket. The Clerk will file an original of this Order in the Master File. The Clerk will also mail or electronically deliver a copy of this Order to counsel of record in the Consolidated Action

Every pleading in the Consolidated Action will have the following caption:

| | | |
|---|---|---|
| IN RE PLAINS ALL AMERICAN PIPELINE, L.P. SECURITIES LITIGATION | § § § § § | Lead Case No. 4:15-cv-02404 |

Each new case that arises out of the subject matter of the Consolidated Action that is filed

2

in this court or transferred from another court will be consolidated with the Consolidated Action in Lead Case No. 4:15-cv-02404. When a case arising out of the subject matter of the Consolidated Action is filed, counsel for one or more of the parties will notify the Court in writing. Lead Counsel or counsel designated by agreement will also deliver a copy of this Order Consolidating Cases to all counsel of record and all unrepresented parties in the newly filed case. The Order must be sent by First Class United States Mail and filed in the electronic filing system of the court in which the newly filed case is pending. A party in the newly filed case that objects to transfer of that case to this court or objects to consolidation into Lead Case No. 4:15-cv-02404 must file an application for relief from this Order within 14 days after the date a copy of this Order is served on that party. On receipt of a written objection through the ECF system in Lead Case 4:15-cv-02404, parties seeking consolidation must file a response to the objection within seven (7) days. The objector may file a reply within three (3) business days. The court will rule on the objection before ordering consolidation.

Competing applications for appointment of lead plaintiff and lead counsel have been filed. A status conference and hearing are set for **November 5, 2015, at 3:00 p.m. in Courtroom 11-B**. The competing motions will be addressed and a schedule for future proceedings set.

SIGNED on October 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge