UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| In re PLAINS ALL AMERICAN PIPELINE, L.P. SECURITIES LITIGATION | § § § § § § § § § § | Lead Case No. 4:15-cv-02404<br><br>CLASS ACTION<br><br>Judge Lee H. Rosenthal |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

**STIPULATION OF DISMISSAL OF ING BANK N.V.**

1141674_1

Plaintiffs filed a Consolidated Amended Complaint on January 29, 2016 (Dkt. No. 70) naming ING Bank N.V. as a defendant in this action. The Consolidated Amended Complaint identified ING Bank N.V. as an underwriter of the April 2014 Notes Offering and the December 2014 Notes Offerings, as defined in the Consolidated Amended Complaint, for purposes of §§11 and 12(a)(2) of the Securities Act of 1933. ING Bank N.V. was identified in the offering documents as an underwriter for the April 2014 Notes Offering. However, defendant ING Bank N.V. represents and warrants that it was identified erroneously as an underwriter for the April 2014 Notes Offering. ING Bank N.V. further represents and warrants that it did not transact in the notes offered as part of the April 2014 Notes Offering or the December 2014 Notes Offerings and did not conduct due diligence as part of either of those offerings. ING Financial Markets LLC represents and warrants that it, not ING Bank N.V., was the ING entity that served as an underwriter of the April 2014 Notes Offering and the December 2014 Notes Offerings. To date, ING Bank N.V. has not yet been served or appeared in this action.

THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based on the foregoing representations and warranties, plaintiffs and ING Bank N.V. stipulate to the dismissal of all claims against ING Bank N.V. without an award of costs or fees.

DATED:  April 27, 2016				ROBBINS GELLER RUDMAN
						  & DOWD LLP
						LUKE O. BROOKS
						DARRYL J. ALVARADO
						ASHLEY M. PRICE
						ANGEL P. LAU


						         s/ DARRYL J. ALVARADO
						        DARRYL J. ALVARADO

						655 West Broadway, Suite 1900
						San Diego, CA  92101
						Telephone:  619/231-1058
						619/231-7423 (fax)

						Lead Counsel for Plaintiff

- 1 -

1141674_1

- 2 -

                                                 EDISON, MCDOWELL & HETHERINGTON LLP
Andrew M. Edison
Attorney-in-Charge
Southern District Bar No. 18207
andrew.edison@emhllp.com
3200 Southwest Freeway, Suite 2100
Houston, TX 77027
Telephone: 713/337-5580
713/337-8850 (fax)

Liaison Counsel

DATED: April 27, 2016        SIDLEY AUSTIN LLP
TRACY N. LEROY


        s/ TRACY N. LEROY *with permission*
              TRACY N. LEROY

1000 Louisiana Street, Suite 6000
Houston, TX 77002
Telephone: 713/495-4510
713/495-7799 (fax)

Attorney-in-Charge

Norman J. Blears
Matthew J. Dolan
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650/565-7000
650/565-7100 (fax)

Of Counsel

CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 27, 2016.

             s/ DARRYL J. ALVARADO
             DARRYL J. ALVARADO

             ROBBINS GELLER RUDMAN
               & DOWD LLP
             655 West Broadway, Suite 1900
             San Diego, CA  92101-8498
             Telephone:  619/231-1058
             619/231-7423 (fax)

             E-mail:  DAlvarado@rgrdlaw.com

# Mailing Information for a Case 4:15-cv-02404 City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Plains All American Pipeline, L.P.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **Darryl J Alvarado**
  dalvarado@rgrdlaw.com

- **Thomas E Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Norman J Blears**
  nblears@sidley.com

- **Luke O Brooks**
  lukeb@rgrdlaw.com,lmix@rgrdlaw.com

- **Nicholas E. Chimicles**
  nick@chimicles.com

- **Roger Farrell Claxton**
  roger@claxtonlaw.com

- **Matthew J Dolan**
  mdolan@sidley.com

- **Kimberly M Donaldson Smith**
  kds@chimicles.com

- **Andrew M Edison**
  andrew.edison@emhllp.com,amanda.garza@emhllp.com

- **William B Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Mark K Glasser**
  mglasser@sidley.com,nblears@sidley.com,tscuffil@sidley.com,belinda.howard@sidley.com,txefilingnotice@sidley.com,rtallungan@sidley.com,mdolan@sidley.com

- **Roger B Greenberg**
  roger@smglawgroup.com,sam@smglawgroup.com

- **Michael C Holmes**
  mholmes@velaw.com,bgividen@velaw.com,czieminski@velaw.com,pwright@velaw.com,ebrandon@velaw.com,kmccoy@velaw.com,sbishop@velaw.com

- **Jeffrey S Johnston**
  jjohnston@velaw.com,ehenderson@velaw.com

- **Angel P. Lau**
  Alau@rgrdlaw.com,tdevries@rgrdlaw.com

- **Tracy N LeRoy**
  tleroy@sidley.com,ddenton@sidley.com,belinda.howard@sidley.com,efilingnotice@sidley.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ashley M Price**
  aprice@rgrdlaw.com

- **Jeremy P. Robinson**
  jeremy@blbglaw.com

- **Christine Donato Saler**
  cds@chimicles.com

- **Joseph R. Seidman , Jr**
  Seidman@bernlieb.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Carl E Singley**
  csingley@tlgattorneys.com

- **Thane Tyler Sponsel , III**
  sponsel@smglawgroup.com,sam@smglawgroup.com

- **Joe H Tucker**
  jtucker@tlgattorneys.com

- **Robin Wechkin**
  rwechkin@sidley.com

- **Craig Eric Zieminski**
  czieminski@velaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stanley           Bernstein
Bernstein Liebhard
10 E 40th St
New York, NY 10016

Jeffrey           Haber
Bernstein Liebhard et al
10 East 40th St
New York, NY 10016

Jake              Nachmani
Bernstein Litowitz Berger
1251 Avenue of the Americas
44th Floor
New York, NY 10020
```