# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

§
§
IN RE PLAINS ALL AMERICAN PIPELINE, §      Lead Case
L.P. SECURITIES LITIGATION          §      No H:15-02404
§

## FINAL JUDGMENT

For the reasons set out in the court's Memorandum and Opinion of this date, the case is dismissed, with prejudice. This is a final judgment.

SIGNED on March 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge