UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In re PLAINS ALL AMERICAN PIPELINE, L.P. SECURITIES LITIGATION | § § § § § § § § § § | Lead Case No. 4:15-cv-02404 <br><br> <u>CLASS ACTION</u> <br><br> Judge Lee H. Rosenthal |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff IAM National Pension Fund, and Named Plaintiffs City of Warren Police and Fire Retirement System, Police and Fire Retirement System of the City of Detroit, Jacksonville Police and Fire Pension Fund, and Ming Liu, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Fifth Circuit from the judgment entered in this action on March 30, 2018 (ECF No. 156), including the memorandum and opinion granting dismissal entered on the same date (ECF No. 155) and the memorandum and opinion granting dismissal without prejudice on March 29, 2017 (ECF No. 136).

DATED: May 1, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS
DARRYL J. ALVARADO
ASHLEY M. PRICE
ANGEL P. LAU


By:         /s/ Luke O. Brooks
         LUKE O. BROOKS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff IAM National
Pension Fund and Plaintiff City of Warren Police
and Fire Retirement System

MCDOWELL & HETHERINGTON LLP
JASON A. RICHARDSON
Attorney-in-Charge
Southern District Bar No. 827917
jason.richardson@mhllp.com
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone: 713/337-5580
713/337-8850 (fax)

Liaison Counsel

1421576_1

- 2 -

        KENDALL LAW GROUP, PLLC
        JOE KENDALL
        JAMIE J. McKEY
        3232 McKinney Avenue, Suite 700
        Dallas, TX 75204
        Telephone: 214-744-3000
        214-744-3015 (fax)

        Additional Counsel for Plaintiff Ming Liu

        VANOVERBEKE MICHAUD & TIMMONY, P.C.
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI 48201
        Telephone: 313/578-1200
        313/578-1201 (fax)

        Additional Counsel for Plaintiff City of Warren
        Police and Fire Retirement System

        BERNSTEIN LITOWITZ BERGER
          & GROSSMANN LLP
        JEREMY P. ROBINSON
        JAKE NACHMANI
        1251 Avenue of the Americas, 44th Floor
        New York, NY 10020
        Telephone: 212/554-1400
        212/554-1444 (fax)

        Additional Counsel for Plaintiffs Jacksonville Police
        and Fire Pension Fund and Police and Fire
        Retirement System of the City of Detroit

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 1, 2018.

  /s/ Luke O. Brooks
LUKE O. BROOKS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  lukeb@rgrdlaw.com

1421576_1

**Mailing Information for a Case 4:15-cv-02404 City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Plains All American Pipeline, L.P.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **Darryl J Alvarado**
  dalvarado@rgrdlaw.com

- **Thomas E Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Norman J Blears**
  nblears@sidley.com

- **Luke O Brooks**
  lukeb@rgrdlaw.com,lmix@rgrdlaw.com

- **Nicholas E. Chimicles**
  nick@chimicles.com

- **Roger Farrell Claxton**
  roger@claxtonlaw.com

- **Matthew J Dolan**
  mdolan@sidley.com

- **Kimberly M Donaldson Smith**
  kds@chimicles.com

- **William B Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Mark K Glasser**
  mglasser@sidley.com,nblears@sidley.com,tscuffil@sidley.com,belinda.howard@sidley.com,txefilingnotice@sidley.com,rtallungan@sidley.com,mdolan@sidley.com

- **Roger B Greenberg**
  roger@smglawgroup.com,sam@smglawgroup.com,claudia@smglawgroup.com

- **Michael C Holmes**
  mholmes@velaw.com,bgividen@velaw.com,czieminski@velaw.com,pwright@velaw.com,ebrandon@velaw.com,kmccoy@velaw.com,sbishop@velaw.com

- **Jeffrey S Johnston**
  jjohnston@velaw.com,ehenderson@velaw.com

- **Angel P. Lau**
  Alau@rgrdlaw.com,tdevries@rgrdlaw.com

- **Tracy N LeRoy**
  tleroy@sidley.com,belinda.howard@sidley.com,txefilingnotice@sidley.com,efilingnotice@sidley.com,tracy-leroy-8197@ecf.pacerpro.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,karenc@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Ashley M Price**
  aprice@rgrdlaw.com

- **Jason Anthony Richardson**
  jason.richardson@mhllp.com,bettina.chavez@mhllp.com

- **Jeremy P. Robinson**
  jeremy@blbglaw.com

- **Christine Donato Saler**
  cds@chimicles.com

- **Joseph R. Seidman , Jr**
  Seidman@bernlieb.com

- **Gerald H Silk**
  jerry@blbglaw.com

- **Carl E Singley**
  csingley@tlgattorneys.com

- **Thane Tyler Sponsel , III**
  sponsel@smglawgroup.com,sam@smglawgroup.com,claudia@smglawgroup.com

- **Joe H Tucker**
  jtucker@tlgattorneys.com

- **Robin Wechkin**
  rwechkin@sidley.com

- **Craig Eric Zieminski**
  czieminski@velaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stanley            D Bernstein
Bernstein Liebhard
10 E 40th St
New York, NY 10016

Jeffrey            Haber
Bernstein Liebhard et al
10 East 40th St
New York, NY 10016

Jake               Nachmani
Bernstein Litowitz Berger
1251 Avenue of the Americas
44th Floor
New York, NY 10020
```