IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*August 07, 2019*
David J. Bradley, Clerk of Court

No. 18-20286

United States Court of Appeals
Fifth Circuit
**FILED**
July 16, 2019
Lyle W. Cayce
Clerk

D.C. Docket No. 4:15-CV-2404
D.C. Docket No. 4:15-CV-2540

POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, ET AL,

    Plaintiffs - Appellants

v.

PLAINS ALL AMERICAN PIPELINE, L.P. ET AL,

    Defendants - Appellees

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JACKSONVILLE POLICE AND FIRE PENSION FUND,

    Plaintiff - Appellant

v.

PLAINS ALL AMERICAN PIPELINE, L.P. ET AL,

    Defendants - Appellees

Appeals from the United States District Court for the
Southern District of Texas

Before STEWART, Chief Judge, and SOUTHWICK, and ENGELHARDT, Circuit Judges.

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on **Aug 07, 2019**

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 07, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20286    City of Birmingham, et al v. Plains All
                              American Pipeline, et al
                              USDC No. 4:15-CV-2404
                              USDC No. 4:15-CV-2540

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Debbie T. Graham, Deputy Clerk

cc:
        Ms. Susan Katina Alexander
        Mr. Darryl J. Alvarado
        Mr. Norman J. Blears
        Mr. Luke O. Brooks
        Mr. Jeffrey Crough
        Mr. Matthew James Dolan
        Ms. Yolanda Cornejo Garcia
        Mrs. Jamie Gilmore
        Mr. Michael Conrad Holmes
        Mr. Jeffrey S. Johnston
        Mr. Joe Kendall
        Ms. Angel P. Lau
        Mr. Andrew Love
        Ms. Kimberly Rae McCoy

Ms. Yvette Ostolaza
Ms. Ashley M. Price
Mr. Robert Ritchie
Mr. Jeremy P. Robinson
Mr. David Yeh Sillers
Ms. Robin Eve Wechkin
Mr. Craig Eric Zieminski

Ms. Yvette Ostolaza
Ms. Ashley M. Price
Mr. Robert Ritchie
Mr. Jeremy P. Robinson
Mr. David Yeh Sillers
Ms. Robin Eve Wechkin
Mr. Craig Eric Zieminski